IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. \_\_1:22-cv-22237\_\_

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

 Plaintiff,

v.

PRESTIGE MOVING SYSTEM, INC. d/b/a
JACOB AND SONS MOVING & STORAGE,

 Defendant.

## COMPLAINT

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") sues defendant Prestige Moving System, Inc. d/b/a Jacob and Sons Moving & Storage ("Defendant"), and alleges as follows:

## THE PARTIES

1. Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Indian River County, Florida.

2. Defendant is a corporation organized and existing under the laws of the State of Florida with its principal place of business located 820 Foster Rd., Hallandale Beach, FL 33009. Defendant's agent for service of process is Arik Azulay, 19501 NE 22nd Ave., Miami, FL 33180.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant because it maintained

sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over it would not offend traditional notions of fair play and substantial justice.

5. Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agents reside or may be found in this district. "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant." Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004). "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'" McGregor v. In Tune Music Grp., No. 15-62044-CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991).

**FACTS**

**I.  Plaintiff's Business and History**

6. Plaintiff was created as a Florida corporation in June 2005. Plaintiff's sole shareholder is Robert Stevens.

7. For the past sixteen (16) years, Mr. Stevens has been employed by Plaintiff as a high-end real estate photographer who specializes in aerial photography, stunning exterior and interior shots, as well as offering slide shows, virtual tours, and a full array of stock photography for luxury real estate industries.

8. Mr. Stevens is a pioneer of aerial real estate photography and has been engaging in creative and artistic means to capture such photographs long before today's proliferation of consumer drone technology came to market.

9. Mr. Stevens travels throughout the State of Florida, nationally, and internationally

to photograph high-end real estate on behalf of Plaintiff's clients. He has been contracted by over 280 clients to take professional photographs of various real estate projects, including but not limited to the estates of numerous celebrities (such as Madonna, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Chris Evert, and others).

10. Plaintiff maintains a commercial website (www.robertstevens.com) which describes the photography services offered by Plaintiff, hosts a sample portfolio of photographs taken by Mr. Stevens, and invites prospective customers to contact Plaintiff to arrange for a professional photo shoot.

11. Plaintiff owns the photographs taken by Mr. Stevens and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers. To that end, Plaintiff's standard terms include a limited, one-time license for use of any particular photograph by the customer only. Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

12. Generally, at the time Plaintiff creates its professional photography, it applies copyright management information to such photography consisting of "© AAP [year] all rights reserved" to the bottom left corner thereof. Plaintiff does this for added protection/assurance to keep unauthorized persons from utilizing/displaying Plaintiff's work.

II. **The Work at Issue in this Lawsuit**

13. In 2015, Plaintiff created an aerial photograph titled "Connemara AAP 2015 c, Sept. 25, 2015" (the "<u>Work</u>"). A copy of the Work is exhibited below.



14. The Work was registered by Plaintiff with the Register of Copyrights on August 24, 2016 and was assigned Registration No. VA 2-033-301. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

15. Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

### III. Defendant's Unlawful Activities

16. Defendant owns and operates a moving and storage company.

17. Defendant advertises/markets its business primarily through its website (https://jacobandsonsmovingandstorage.com/), social media (e.g. https://www.facebook.com/jacobandsonsmovingandstorage/?ref=page_internal), and other

forms of advertising.

18. On a date after Plaintiff's above-referenced copyright registration of the Work, Defendant published the Work on its business website (at https://jacobandsonsmovingandstorage.com/service-areas/)



19. A true and correct copy of the screenshot displaying the copyrighted Work is attached hereto as **Exhibit "B."**

20. Defendant has not and has never been licensed to use or display the Work. Defendant never contacted Plaintiff to seek permission to use the Work in connection with its website or for any other purpose.

21. Defendant utilized the Work for commercial use – namely, in connection with the marketing of Defendant's business.

22. Upon information and belief, Defendant located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for its own commercial use.

23. Through its ongoing diligent efforts to identify unauthorized use of its photographs,

Plaintiff discovered Defendant's unauthorized use/display of the Work in March 2022. Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use. To date, Plaintiff has been unable to negotiate a reasonable license for the past infringement of its Work.

24. All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT

25. Plaintiff re-alleges and incorporates paragraphs 1 through 24 as set forth above.

26. The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

27. Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

28. As a result of Plaintiff's reproduction, distribution, and public display of the Work, Defendant had access to the Work prior to its own reproduction, distribution, and public display of the Work on the Website.

29. Defendant reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

30. By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for Defendant's own commercial purposes.

31. Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.

32. Plaintiff has been damaged as a direct and proximate result of Defendant's

infringement.

33. Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

34. Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

35. Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees because of Defendant's conduct.

36. Defendant's conduct has caused, and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

a. A declaration that Defendant has infringed Plaintiff's copyrights in the Work;

b. A declaration that such infringement is willful;

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f. Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and

      participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g. For such other relief as the Court deems just and proper.

## Demand For Jury Trial

Plaintiff demands a trial by jury on all issued so triable.

Dated: July 19, 2022.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza, Esq.
      Daniel DeSouza, Esq.
      Florida Bar No.: 19291
      James D'Loughy, Esq.
      Florida Bar No.: 0052700

EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-033-301**
**Effective Date of Registration:**
August 24, 2016

## Title

**Title of Work:** Group Registration Photos, Selected 2012 Photographs Including CONNEMARA CONDO, published Sept. 25, 2015 to Nov. 25, 2015; 3 photos

**Content Title:** Connemara AAP 2015 a, Nov. 25, 2015; Connemara AAP 2015 b, Sept. 25, 2015; Connemara AAP 2015 c, Sept. 25, 2015;

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 25, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC., employer for hire of Robert Stevens
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** August 24, 2016

**Correspondence:** Yes



Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-033-301**
**Effective Date of Registration:**
August 24, 2016

## Title

**Title of Work:** Group Registration Photos, Selected 2012 Photographs Including CONNEMARA CONDO, published Sept. 25, 2015 to Nov. 25, 2015; 3 photos

**Content Title:** Connemara AAP 2015 a, Nov. 25, 2015; Connemara AAP 2015 b, Sept. 25, 2015; Connemara AAP 2015 c, Sept. 25, 2015;

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 25, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** AFFORDABLE AERIAL PHOTOGRAPHY, INC., employer for hire of Robert Stevens
  **Author Created:** photograph
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** AFFORDABLE AERIAL PHOTOGRAPHY, INC.
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

**Name:** Robert Stevens
**Date:** August 24, 2016

**Correspondence:** Yes

Page 1 of 1



EXHIBIT "B"






**What County Are You Moving From?**

Miami-Dade County Movers    Broward County Movers    Palm Beach County Movers




     

**Don't Take Our Word For It...**
Our customers are thrilled to recommend us – and not just in writing



**Amazing Service**
They were in touch with us about their estimated time of arrival and kept us informed about the plan for the day. We were blown away with how efficient they worked and how quickly all got done. Would definitely use them for future moves!

**Highly Recommend**
These guys were great in moving my stuff to my new studio. Punctual, kept me updated throughout the process and are hard workers. I will use them again and highly recommend them. Thanks guys!

**Great Guys**
The guys were on time and worked efficiently. They not only delivered, but unboxed and assembled the new sofa. They were friendly and worked quickly. We strongly recommend this company for delivery. We couldn't be more pleased!

All Reviews



**Address**
820 Foster Rd
Hallandale Beach, FL 33009

**Call Us**
(954) 838-5544

**Email Us**
quote@jacobandsonsmovingandstorage.com
support@jacobandsonsmovingandstorage.com

**The Best Rated Long Distance Movers**

**Get Your Quote:**
Moving From
Moving To
Move Size
Get Your COUPON

JACOB AND SONS MOVING & STORAGE - MC Licence # 885424 - IM # 3117

Online Moving Quote - Services Offered - Tips & Tricks - Service Areas - Reviews

Call (954) 838-5544

Captured by FireShot Pro: 25 March 2022, 10:50:14
https://getfireshot.com